UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00258-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     LUIS ALBERTO CONTRERAS,
    *also known as* "Lil Albert"

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, November 17, 2006**, and responses to these motions shall be filed by **Friday, November 24, 2006.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, December 8, 2006 at 9:00 a.m.** It is

FURTHER ORDERED that a 5-day jury trial is set for **Monday, December 18, 2006 at 9:00 a.m.**

Dated: October 25, 2006

                                                      BY THE COURT:

                                                      s/ Wiley Y. Daniel
                                                      Wiley Y. Daniel

U. S. District Judge