UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00258-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.   LUIS ALBERTO CONTRERAS,
     *also known as* "Lil Albert"

   Defendant.

_____

## ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

   The hearing on pending motions in the above captioned case is set for **Friday, January 12, 2007 at 9:00 a.m.**

   Dated:  December 6, 2006