UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00258-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LUIS ALBERTO CONTRERAS,
*also known as* "Lil Albert"

    Defendant.
_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on December 18, 2006. The motions hearing set for **Friday, January 12, 2007, at 9:00a.m. is CONVERTED to a Change of Plea hearing.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  This is especially critical during the period from January to May, 2007 as the Court will be involved in a lengthy criminal trial.  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  December 18, 2006