UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00258-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LUIS ALBERTO CONTRERAS, a/k/a "Lil Albert"

    Defendant.

_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing set for Friday, January 12, 2007, at 9:00 a.m. is **RESET** to **Friday, March 16, 2007, at 4:00 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. This is especially critical during the period from January to May, 2007 as the Court will be involved in a lengthy criminal trial. If the documents are not timely submitted, the hearing will be VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: January 12, 2007