IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00258-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS ALBERTO CONTRERAS,

    Defendant.

## ORDER TO DISMISS

    Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

    ORDERED that Count One of the Indictment be dismissed as to the defendant.

    DATED this 15th day of June, 2007.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL
                                  UNITED STATES DISTRICT JUDGE